IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JHOAN ESCOBAR-GRAJALES,

    Petitioner,

v.                               CASE NO. 4:14cv425-RH/CAS

UNITED STATES DEPARTMENT
OF JUSTICE EXECUTIVE OFFICE
FOR IMMIGRATION REVIEW et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed for lack of jurisdiction." The clerk must close the file.

SO ORDERED on November 17, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge